**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.,** | : | **CIVIL ACTION NO. 1:07-CV-2013** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **JOSEPHINE D. TRIMMER** and | : | |
| **KENNETH TRIMMER, JR.,** | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 20th day of February, 2008, upon consideration of the motion for default judgment (Doc. 7), and the order of court dated January 31, 2008 (Doc. 9) directing plaintiff to file, on or before February 14, 2008, the mortgage agreement and any other documents supporting plaintiff's claim, and it appearing that plaintiff has not filed the mortgage agreement or any other documents as of the date of this order, nor requested an enlargement of time, it is hereby ORDERED that:

1. The motion for default judgment (Doc. 7) is DENIED.

2. On or before February 29, 2008, plaintiff shall show cause why the above-captioned case should not be dismissed. See FED. R. CIV. P. 41; L.R. 83.3.1.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge